**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:11CV-96-R**

GERRY R. DICKSON                                                                                         PLAINTIFF

V.

INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA, *et al.*                                              DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 90 days any party may move to have the case reinstated on the docket.

cc: Counsel